UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60216-CIV-DIMITROULEAS/ROSENBAUM

NEW RIVER DRY DOCK, INC.,

    Plaintiff,

vs.

THE FALLS AT MARINA BAY, L.P.,
THE MARINA AT MARINA BAY, LP.,

    Defendants.
_____/

## ORDER EXPEDITING BRIEFING SCHEDULE AND SETTING HEARING ON MOTION

This matter is before the Court on Defendants' Motion to Compel Robert Meacham, Esq., to Produce Documents Responsive to Subpoena, and Motion to Compel Plaintiff to Pay Robert Meacham, Esq.'s Costs to Produce Documents Responsive to Subpoena [D.E. 79]. After reviewing the Motion, as well as the Court file in this case, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    Due to the proximity of the July 18, 2008, discovery deadline, the Court finds that there is good cause to expedite the briefing schedule on this Motion to Compel and set this Motion for hearing. As Mr. Meacham has not objected to the relevancy of the information requested by his subpoena but only complains that Plaintiff should be compelled to pay for the costs of Mr. Meacham to prepare the documents for production, Plaintiff shall file and serve its response to Defendants' Motion to Compel [D.E. 79] by no later than **Thursday, July 3, 2008, by 5:00 p.m.**

2.    If they so choose, Defendants may file and serve their reply to their Motion to Compel

by no later than **Tuesday, July 8, 2008, by 5:00 p.m**.

3. A hearing on Defendants' Motion to Compel Robert Meacham, Esq., to Produce Documents Responsive to Subpoena, and Motion to Compel Plaintiff to Pay Robert Meacham, Esq.'s Costs to Produce Documents Response to Subpoena [D.E. 79] will be held on **Thursday, July 10, 2008, at 2:00 p.m.,** at the U.S. Courthouse, 299 East Broward Boulevard, Courtroom 310, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 30th day of June, 2008.

_____
ROBIN S. ROSENBAUM
United States Magistrate Judge

cc: Honorable William P. Dimitrouleas
   counsel of record